Christopher Foster
# 2015-0402301
PoBox: 089002
Chicago, IL, 60608

Legal Mail



**RECEIVED**
FEB 1 0 2017 TM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:17-cv-1106
Judge Robert M. Dow, Jr.
Magistrate Judge M. David Weisman
PC1

United States District Court
Attn: Prisoner Correspondent
219 S. Dearborn St.
Chicago, IL, 60604


02/10/2017-39